IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRYAN ALLAN FULLER,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of the Social Security
Administration,

    Defendant.

Civ. No. 6:14-cv-01993-MC

ORDER FOR REMAND

MCSHANE, Judge:

    IT IS SO ORDERED that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings. On remand, the Administrative Law Judge (ALJ) will reassess the claimant's symptoms as set forth in SSR 16-3p and 20 CFR 416.929, reevaluate the claimant's residual functional capacity assessment, and reassess steps four and five with the assistance of a vocational expert, as necessary. In doing so, the ALJ shall take into consideration the claimant's 2013 psychological evaluation by Dr. Scott Alvord, PsyD (Tr. 698-716) and any potential limitations it may impose on the claimant's RFC. The Agency may also order additional neurocognitive testing, evaluations, or assessments of the claimant if it is deemed necessary to further develop the record (see Tr. 34, 221-224).

1 – ORDER

The case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED this __10__ day of August, 2016.

_____
Michael J. McShane
United States District Judge